ALAN B. EXELROD (SBN: 50467)
JOHN T. MULLAN (SBN: 221149)
RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513
Email: abe@rezlaw.com
Email: jtm@rezlaw.com

Attorneys for Plaintiff,
CLAY JACKSON

RUDY EXELROD ZIEFF & LOWE LLP
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
PH (415) 434-9800 | FX (415) 434-0513 | www.rezlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

CLAY JACKSON,

Plaintiff,

vs.

NATIONAL AUSTRALIA BANK LIMITED; NATIONAL AUSTRALIA BANK; NATIONAL AUSTRALIA GROUP; GREAT WESTERN BANK; DOES 1-20,

Defendants.

_________________________________/

Case No. **09-05510 (MHP)**

**STIPULATION OF DISMISSAL**

Complaint filed October 22, 2009

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that, pursuant to Fed. R. Civ. P. 41(a)(1), the above-captioned action be and hereby is dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated: January 5, 2010

By: ______________________
Attorneys for Plaintiffs

Alan B. Exelrod (SBN: 50467)
John T. Mullan (SBN 221149)
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434 0513

abe@rezlaw.com
jtm@rezlaw.com

Dated: January 15, 2010

By: ______________________
Attorneys for Defendant

Ryan M. Sandrock (SBN 251781)
Max C. Fischer (SBN 226003)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

mfischer@sidley.com

1/21/2010

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Marilyn H. Patel

RUDY EXELROD ZIEFF & LOWE LLP
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
PH (415) 434-9800 | FX (415) 434-0513 | www.rezlaw.com