1  ALAN B. EXELROD (SBN: 50467)
2  JOHN T. MULLAN (SBN: 221149)
   RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
3  351 California Street, Suite 700
   San Francisco, CA 94104
4  Telephone: (415) 434-9800
   Facsimile: (415) 434-0513
5  Email: abe@rezlaw.com
   Email: jtm@rezlaw.com
6
7  Attorneys for Plaintiff,
   CLAY JACKSON
8

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12           SAN FRANCISCO / OAKLAND DIVISION

13

14  CLAY JACKSON,                    Case No. **09-05510 (MHP)**

15            Plaintiff,

16                                   **STIPULATION OF DISMISSAL**
    vs.
17
    NATIONAL AUSTRALIA BANK
18  LIMITED; NATIONAL AUSTRALIA
    BANK; NATIONAL AUSTRALIA
19  GROUP; GREAT WESTERN BANK;
    DOES 1-20,
20
                                     Complaint filed October 22, 2009
21            Defendants.

22  _____/

23

24

25

26

27

28
                          1
                STIPULATION OF DISMISSAL

RUDY EXELROD ZIEFF & LOWE LLP
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
PH (415) 434-9800 | FX (415) 434-0513 | www.rezlaw.com

RUDY EXELROD ZIEFF & LOWE LLP
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
PH (415) 434-9800 | FX (415) 434-0513 | www.rezlaw.com

1

2    IT IS HEREBY STIPULATED by and between the parties to this action through their

3

4    designated counsel that, pursuant to Fed. R. Civ. P. 41(a)(1), the above-captioned action be and

5    hereby is dismissed with prejudice, each party to bear its own costs and attorney's fees.

6

7

8    Dated: January 5, 2010                         By: _____

9                                                        Attorneys for Plaintiffs

10

11                                                   Alan B. Exelrod (SBN: 50467)
                                                     John T. Mullan (SBN 221149)
12                                                   RUDY, EXELROD, ZIEFF & LOWE, LLP
                                                     351 California Street, Suite 700
13                                                   San Francisco, CA  94104
                                                     Telephone:  (415) 434-9800
14                                                   Facsimile:  (415) 434 0513

15

16                                                   abe@rezlaw.com
                                                     jtm@rezlaw.com
17

18    Dated: January 15, 2010                        By: _____

19                                                        Attorneys for Defendant

20

21

22                                                   Ryan M. Sandrock (SBN 251781)
                                                     Max C. Fischer (SBN 226003)
23                                                   SIDLEY AUSTIN LLP
                                                     555 West Fifth Street, Suite 4000
24                                                   Los Angeles, California 90013-1010
                                                     Telephone: (213) 896-6000
25                                                   Facsimile: (213) 896-6600

26                                                   mfischer@sidley.com

27                                                   1/21/2010

28                                        2

STIPULATION OF DISMISSAL

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO.  09-05510